New York, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated August 25, 1976, which, after a hearing, found that the petitioner had demonstrated untrustworthiness and (1) suspended his real estate broker's license for a stated period of time, or in lieu thereof, fined him $500 and (2) continued the suspension after the stated period unless and until he "has reimbursed the commission of $3000". Determination confirmed and petition dismissed on the merits, with costs. There was sufficient evidence to sustain the findings of the Secretary of State. Mollen, P. J., Latham, Damiani and Suozzi, JJ., concur.

■ In the Matter of WILLIAM GOETCHIUS, Appellant, v DAVID HARRIS, as Superintendent of the Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated November 3, 1977, which dismissed the petition. Appeal dismissed as academic, without costs or disbursements. The petitioner has been released from custody. Hopkins, J. P., Martuscello, Rabin and Margett, JJ., concur.

■ In the Matter of GEORGE L. SCHMELZER et al., Appellants, v NICHOLAS A. ROBINSON et al., Constituting the FRESHWATER WETLANDS APPEALS BOARD OF THE STATE OF NEW YORK, Respondents.—In a proceeding pursuant to CPLR article 78, inter alia, to annul the determination of the Freshwater Wetlands Appeals Board, made after a hearing, which, inter alia, (1) found that the petitioners had violated the New York State Conservation Law and (2) imposed penalties therefor, the appeal is from a judgment of the Supreme Court, Suffolk County, entered January 13, 1978, which, inter alia, dismissed the proceeding. Judgment affirmed, with $50 costs and disbursements, upon the opinion of Mr. Justice Stark at Special Term. Mollen, P. J., Latham, Damiani and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD CHILLEMI, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 12, 1977, convicting him of criminal possession of stolen property in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed (People v McGowen, 42 NY2d 905). Mollen, P. J., Latham, Damiani and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX FLORES, Appellant.—Judgment of the Supreme Court, Kings County, rendered June 26, 1975, affirmed (see People v Crimmins, 36 NY2d 230). Mollen, P. J., Latham, Damiani and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT LINDER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 22, 1976, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. At the time of the entry of his guilty plea the defendant knowingly waived his right to appeal from the denial of his suppression motion (see People v Williams, 36 NY2d 829, cert den sub nom. Williams v New York, 423 US 873). Under the circumstances, the judgment should be affirmed. Mollen, P. J., Latham, Damiani and Suozzi, JJ., concur.